# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DARRYL LYNN HUDSON,<br><br>　　　　　　　Defendant. | No. 4:16-CR-6026-WFN-1<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS<br><br>☐　ACTION REQUIRED |

　　　　Before the Court is the Defendant's Motion to Modify Order Setting Conditions of Release. ECF No. 46.  The Defendant requests he be allowed to travel on a prescheduled family vacation from July 19-26, 2016.

　　　　Defendant asserts the proposed cruise is "pre-arranged," but does not explain when arrangements were made or tickets purchased, or why a matter that was "pre-arranged" was not raised at the time conditions of release were initially set. Neither the United States nor the U.S. Probation Office object to Defendant's request.

　　　　**IT IS ORDERED** the Defendant's Motion to Modify Order Setting Conditions of Release, **ECF No. 46**, is **GRANTED**.   Defendant shall be allowed to travel on an Alaskan cruise from **July 19-26, 2016**.  Defendant shall advise the U.S. Probation Office of his contact information prior to travel while he is out of

ORDER - 1

1  the District.
2       All other terms and conditions of pretrial release not inconsistent herewith
3  shall remain in full force and effect.
4       DATED June 22, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2