UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-6026-WFN-1 |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS |
| vs. | |
| DARRYL LYNN HUDSON, | ☐    ACTION REQUIRED |
| Defendant. | |

Before the Court is the Defendant's Motion to Modify Order Setting Conditions of Release. ECF No. 46.  The Defendant requests he be allowed to travel on a prescheduled family vacation from July 19-26, 2016.

Defendant asserts the proposed cruise is "pre-arranged," but does not explain when arrangements were made or tickets purchased, or why a matter that was "pre-arranged" was not raised at the time conditions of release were initially set. Neither the United States nor the U.S. Probation Office object to Defendant's request.

**IT IS ORDERED** the Defendant's Motion to Modify Order Setting Conditions of Release, **ECF No. 46**, is **GRANTED**.   Defendant shall be allowed to travel on an Alaskan cruise from **July 19-26, 2016**.  Defendant shall advise the U.S. Probation Office of his contact information prior to travel while he is out of

ORDER - 1

1    the District.

2            All other terms and conditions of pretrial release not inconsistent herewith

3    shall remain in full force and effect.

4            DATED June 22, 2016.



_____
                         JOHN T. RODGERS
              UNITED STATES MAGISTRATE JUDGE

ORDER - 2